UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                CASE NO. 13-20156-6

       v.                            HON. GEORGE CARAM STEEH

JUAN RUBIO CERDA,

       Defendant.
_____/

## ORDER DENYING DEFENDANT'S
## MOTION FOR REDUCTION OF SENTENCE

Defendant's motion for reduction is hereby denied for the reason that this court considered the reduced advisory guideline range resulting from the recent Sentencing Commission amendment at the time of the original sentencing hearing in this case.

IT IS SO ORDERED.

Dated: November 20, 2014

                                     s/George Caram Steeh
                                       GEORGE CARAM STEEH
                                       UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on November 20, 2014, by electronic and/or ordinary mail and also on Juan Rubio Cerda #48204-039, P. O. Box 8000, Bradford, PA 16701.

s/Barbara Radke
Deputy Clerk